IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICK CHAVEZ, et al.,

    Plaintiffs,

v.                    Civ. No. 02-0562 JH/ACT

CITY OF ALBUQUERQUE,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court on Attorney Paul Livingston's Objections To Magistrate Judge Alan Torgerson's December 1, 2003 Order Awarding Sanctions (Docket No. 72).

Mr. Livington's motion is apparently based upon his belief, stated in paragraph 14 of his motion, that "Judge Torgerson imposed sanctions against Livingston *sua sponte*, without prior warning or notice to Livingston..." However, a review of Judge Torgerson's Order of December 1, 2003 reveals that he did not impose sanctions upon Mr. Livingston, but rather warned him that the Court will impose sanctions in the future if Mr. Livingston engages in certain conduct. No sanctions were actually imposed by Judge Torgerson, and therefore the motion is without basis.

Accordingly, Attorney Paul Livingston's Objections To Magistrate Judge Alan Torgerson's December 1, 2003 Order Awarding Sanctions (Docket No. 72) is DENIED.

                        _____
                        UNITED STATES DISTRICT JUDGE