IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PATRICK CHAVEZ, et al,**

    **Plaintiffs,**

**v.**                                                               **No. CIV 02-562 JCH/ACT**

**CITY OF ALBUQUERQUE,**

    **Defendant.**

## FINAL JUDGMENT

Having granted in part and denied in part Defendant's Motion for Summary Judgment [Doc. 231] and having granted in part and denied in part Plaintiffs' Motion for Summary Judgment [Doc. 236] in a Memorandum Opinion and Order, dated August 10, 2007 [Doc. 250]; and having entered Partial Judgment on January 17, 2008 [Doc. 281]; and having adopted the Parties' Stipulation as to Damages [Doc. 304] on the sole remaining claim,

**IT IS THEREFORE ORDERED**, **ADJUDGED, AND DECREED** that final judgment is entered in this case.

                                                                _____
                                                                 JUDITH C. HERRERA
                                                                 UNITED STATES DISTRICT JUDGE