## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**PATRICK CHAVEZ, et al.,**

       **Plaintiffs,**

**vs.**                                             **No. CIV 02-0562 JCH/ACT**

**CITY OF ALBUQUERQUE,**

       **Defendant.**

### NOTICE OF APPEAL

    **NOTICE IS HEREBY GIVEN** that Plaintiffs, including both named Plaintiffs and opt-in Plaintiffs, appeal to the United States Court of Appeals for the Tenth Circuit from the Final Judgment (Doc. 306) filed on September 30, 2009, of the Hon. Judith C. Herrera, and the Partial Judgment (Doc. 281) filed on January 17, 2008. This appeal includes the Court's Summary Judgment (Doc. 250) as well as any and all prior adverse judgments, orders, decisions, findings, and conclusions.

                Respectfully submitted,

                BREGMAN AND LOMAN, P.C.

                *s/ Sam Bregman*
                _____
                Sam Bregman and Eric Loman
                Attorneys for Plaintiffs
                111 Lomas Blvd. NW, Suite 230
                Albuquerque, NM 87102
                (505) 761-5700

and

*s/ Paul Livingston*

_____

Paul Livingston
Attorney for Plaintiffs
P.O. Box 250
Placitas, NM 87043
(505) 771-4000

I hereby certify that I filed the
foregoing electronically and that
pursuant to the Court's rules and
procedures an electronic copy was
e-mailed to opposing counsel at the
following e-mail addresses:

    Michael I. Garcia:  migarcia@cabq.gov
    Ed Bergmann:  ebergmann@seyfarth.com
    Jerry Walz:  jerryawalz@walzandassociates.com

*s/ Paul Livingston*

_____

Paul Livingston

-2-