IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**PATRICK CHAVEZ, et al.,**

      **Plaintiffs,**

**v.**                                                       **CIV 02-0562 JH/ACT**

**CITY OF ALBUQUERQUE,**

      **Defendant.**

## NOTICE OF CROSS-APPEAL

Notice is hereby given that the City of Albuquerque, defendant, cross-appeals to the United States Court of Appeals for the Tenth Circuit from the Final Judgment (doc. 306) entered in this action on the 30th day of September, 2009; and from the Findings of Fact and Conclusions of Law (doc. 278) and the Partial Judgment (doc. 281), entered in this action on the 17th day of January, 2008, finding in favor of Plaintiffs and against the City of Albuquerque on Plaintiffs' claims that the City fails to include vacation and sick leave buy back in the calculation of the statutory "regular rate" of pay in violation of the Fair Labor Standard Act's overtime pay requirements.

                                        Respectfully submitted,

                                        **CITY OF ALBUQUERQUE**
                                        Robert M. White
                                        City Attorney

                                        _s/ Electronically signed_

                                        Michael I. Garcia
                                        City of Albuquerque Legal Department
                                        P.O. Box 2248
                                        One Civil Plaza
                                        Albuquerque, New Mexico 87102

CH1 11843518.1

Edward W. Bergmann
Seyfarth Shaw LLP
131 S. Dearborn Street
Chicago, Illinois 60603
312-460-5000

I hereby certify that on the 10th day of November, 2009, a true and correct copy of the foregoing pleading was filed electronically and e-mailed to the following counsel of record:

Sam Bregman
Eric Loman
111 Lomas Blvd., N.W., Suite 230
Albuquerque, N.M. 87102

Paul Livingston
P.O. Box 250
Placitas, N.M. 87043


 s/ Electronically signed
Edward B. Bergmann

2

CH1 11843518.1