02cv562
receipt #
alb009459

```
Court Name: New Mexico US District Court
Division: 1
Receipt Number: ALB009459
Cashier ID: calardo
Transaction Date: 11/16/2009
Payer Name: Seyfarth Shaw LLP

NOTICE OF APPEAL/DOCKETING FEE
 For: Seyfarth Shaw LLP
 Case/Party: D-NMX-1-02-CV-000562-001
 Amount:         $455.00

CHECK
 Check/Money Order Num: 232553
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


A returned check fee of $45.00 will
be charged for all insufficient
fund items.
```