# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I** - To be completed by appellant within ten days of filing the notice of appeal

Short Title: <u>Chavez, et al. v. City of Albuquerque</u>  District: <u>New Mexico</u>
District Court Number: <u>2002-cv-562 JCH/ACT</u>  Circuit Court Number: <u>09-2274</u>
Name of Attorney: <u>Eric Loman</u>
Name of Law Firm: <u>Bregman & Loman, P.C.</u>
Address of Firm: <u>111 Lomas Blvd. N.W., Ste. 230, Albuquerque, NM 87102</u>
Telephone of Firm: <u>(505) 761-5700</u>  Attorneys for: <u>Plaintiffs-Appellants</u>
Name of Court Reporter: <u>Paul Baca</u>  Telephone of Reporter: <u>(505) 843-9241</u>

**PART II - COMPLETE SECTION A OR SECTION B**
**SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
[ ] A transcript is not necessary for this appeal, or
[X] The necessary transcript is already on file in District Court
[ ] The necessary transcript was ordered previously in appeal number _____

**SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**

Trial proceedings: <u>September 12, 2007</u>

[X] Appellant will pay the cost of the transcript.
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

[ ] **This case is proceeding under the Criminal Justice Act.**
NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. See 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: <u>/s/ by Eric Loman</u>  Date: <u>November 17, 2009</u>

**PART III - TO BE COMPLETED BY THE COURT REPORTER**
Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Cler[k]

Date arrangements for payment completed: 11/17/09
Estimated completion date: N/A
Estimated number of pages: 158
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment hav[e]

Signature of Court Reporter: <u>Paul Baca</u>  Date: 11/17/09

**TRANSCRIPT ORDER FORM**

## DIRECTIONS FOR USING THIS FORM

This form requires multiple distribution, service and filing. The responsibilities of each party and the co[urt are] described below.

### 1. APPELLANT
**Whether or not a transcript is ordered,** appellant or his counsel must complete Part I and Part II of th[e form.]
Upon completion, appellant must serve a copy on:
 a. the Court Reporter (if a transcript is ordered),